UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOSS HOGGS BBQ, LLC, )<br>    Plaintiff, )<br> )<br>  vs. )<br> )<br>MARION COUNTY PROSECUTOR'S )<br>OFFICE, et al., )<br>    Defendants. ) | 1:10-cv-1318-TWP-TAB |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Defendants' motions to dismiss. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Defendants' motions to dismiss [Docket Nos. 62, 68] are therefore granted in part and denied in part. Accordingly, (1) Ciesielski and Daniels in their official and personal capacities are dismissed from this case with prejudice, (2) Plaintiff's request for declaratory relief is dismissed with prejudice, (3) Plaintiff's due process claims survive dismissal, but subject to the limitations set forth in the Report and Recommendation, and (4) Plaintiff's equal protection claim is dismissed with prejudice.

Dated: 02/27/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

David A. Arthur
INDIANA OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Jennifer Lynn Haley Springer
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jhaley@indy.gov

Katie J. Kawiecki
OFFICE OF CORPORATION COUNSEL
kkawiecki@indy.gov

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrjustice@aol.com

Tasha Rebecca Roberts
ROBERTS AND BISHOP
troberts@roberts-bishop.com

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL
awill@indygov.org